UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SERINA MOORE,                                :

                Plaintiff,            :

-against-                                    :

                                      :     **ORDER**
AYMAN A. SHAHINE M.D.,                             18-CV-463 (AT) (KNF)
                                      :
                Defendant.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A settlement conference was scheduled to be held in the above-captioned action on November 14, 2019, at 2:30 p.m., in courtroom 228, 40 Centre Street, New York, New York. Defendant's counsel has advised the Court that the defendant now resides in China and is unable to attend the conference. Consequently, the settlement conference is cancelled.

      Should the parties wish to reschedule the settlement conference, they are directed to provide to the Court, through a joint writing, three dates on which all parties are available to participate in the conference.

Dated: New York, New York
       November 14, 2019

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copy mailed to:
Serina Moore

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/19