```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SERINA MOORE,                                    :
                                                 :
                        Plaintiff,               :
        -against-                                :         ORDER
                                                 :
AYMAN A. SHAHINE, M.D.,                          :         18-CV-463 (AT)(KNF)
                                                 :
                        Defendant.               :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/19

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Plaintiff Serina Moore shall review Rule 5.2(a) of the Federal Rules of Civil Procedure and, thereafter, on or before December 18, 2019, file with the Clerk of Court, via the Pro Se Intake Office, a redacted version of her December 2, 2019 "Dispose Motion" that conforms to the directives found in Rule 5.2(a).

The Clerk of Court shall seal the paper version of the document associated with Docket Entry No. 60; that document is in the file maintained by the Clerk of Court for this action. The Clerk of Court shall also seal ECF Docket Entry No. 60.

Dated: New York, New York
       December 10, 2019

Copy mailed to:

Serina Moore

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE