USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERINA MOORE,

        Plaintiff,

-against-

AYMAN A. SHAHINE, M.D.,

        Defendant.

18 Civ. 463 (AT) (KNF)

**ORDER**

ANALISA TORRES, District Judge:

On February 24, 2020, Defendant filed a motion to stay this action. ECF No. 70. It is ORDERED that:

1. By **March 27, 2020**, Plaintiff shall file her opposition, if any;
2. By **April 10, 2020**, Defendant shall file any reply.

The Clerk of Court is directed to mail a copy of this order to the Plaintiff *pro se*.

SO ORDERED.

Dated: February 28, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge