UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SERINA MOORE,                                       :

               Plaintiff,         :

     -against-                                       :        **ORDER**

AYMAN A. SHAHINE M.D.,                   :        18-CV-463 (AT) (KNF)

              Defendant.    :
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      On March 31, 2020, the defendant made a motion to stay this action "pending resolution of a parallel filed and nearly identical proceeding currently pending in the Supreme Court of the State of New York, County of New York.  See Serina Moore v. Ayman Shahine, M.D., index No. 100188/2018."  On or before June 8, 2020, the defendant shall file and serve a letter informing the Court of the status of the state-court proceeding referenced in his motion.

      **The Clerk of Court is directed to mail a copy of this Order to the plaintiff.**

Dated:  New York, New York                SO ORDERED:
           June 3, 2020

                                                                     /s/ Kevin Nathaniel Fox
                                                                     KEVIN NATHANIEL FOX
                                                                       UNITED STATES MAGISTRATE JUDGE