UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SERINA MOORE,                                          :
                                              Plaintiff,  :
      -against-                                          :            **ORDER**
                                                         :            18 CV 463 (AT) (KNF)
AYMAN A. SHAHINE, M.D.,                       :
                                              Defendant. :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       In a letter, Docket Entry No. 95, the plaintiff, who is proceeding pro se, indicated that she wishes to modify her pleadings. The plaintiff's request to modify her pleadings must be made via a motion, pursuant to the relevant provision(s) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1 of this court. The plaintiff shall review the relevant rules and proceed accordingly. **The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated:  New York, New York        SO ORDERED:
            August 31, 2020

                                                        _Kevin Nathaniel Fox_
                                                        KEVIN NATHANIEL FOX
                                                        UNITED STATES MAGISTRATE JUDGE