UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SERINA MOORE,                                       :
                                                                        :
              Plaintiff,                         :
   -against-                                            :          **ORDER**
                                                                        :          18 CV 463 (AT) (KNF)
AYMAN A. SHAHINE, M.D.,                    :
                                                                        :
              Defendant.                      :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      By a letter, Docket Entry No. 96, the plaintiff, who is proceeding pro se, requested that the: 1) time for her to submit material to the defendant in connection with the parties' preparation of their joint pretrial order be enlarged; and 2) time for the parties to submit their joint pretrial order be enlarged.  The plaintiff explained that the need to have her laptop computer repaired, during the COVID-19 pandemic, hampered her ability to meet deadlines associated with the preparation and submission of the parties' joint pretrial order.  The plaintiff's requests are granted.  On or before September 18, 2020, she shall submit the requisite material to the defendant.  The parties shall submit their joint pretrial order to the court on or before October 2, 2020.

**The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated:  New York, New York         SO ORDERED:
           September 3, 2020

                                                           _Kevin Nathaniel Fox_
                                                           KEVIN NATHANIEL FOX
                                                           UNITED STATES MAGISTRATE JUDGE