UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SERINA MOORE,

              Plaintiff,

   -against-

AYMAN A. SHAHINE, M.D.,

             Defendant.
------------------------------------------------------------------X

**ORDER**

18 CV 463 (AT) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The September 3, 2020 order of the Court respecting the preparation and submission of the parties' joint pretrial order is hereby vacated. A schedule for submission of the joint pretrial order, if warranted, will be determined after the outstanding summary judgment motion is resolved. **The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated:  New York, New York
         September 14, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE