**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SERINA MOORE,

                Plaintiff,                      18 **CIVIL** 463 (AT) (KNF)

        -against-                            **JUDGMENT**

AYMAN A. SHAHINE, M.D.,
                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated March 4, 2021, Defendant's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York
             March 4, 2021

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                    **Clerk of Court**
                                  **BY:**
                                                        **Deputy Clerk**